**Opinion filed October 23, 2025**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-25-00204-CR

_____

### CORNELIO ZEPEDA DELGADO, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Taylor County, Texas**
**Trial Court Cause No. 1-359-25**

### M E M O R A N D U M   O P I N I O N

Appellant, Cornelio Zepeda Delgado, Jr., pleaded guilty to assault family violence, a Class A misdemeanor. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b) (West Supp. 2024). Pursuant to a negotiated plea bargain agreement between Appellant and the State, the trial court sentenced Appellant to 180 days confinement in the Taylor County Jail. Appellant filed a pro se notice of appeal and requested counsel, which the trial court appointed to represent Appellant in this appeal.

When this appeal was docketed, we notified Appellant that the trial court had certified that (1) this is a plea bargain case in which Appellant has no right of appeal,

and (2) Appellant had waived his right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d); *see also* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2018). We requested that Appellant's counsel respond and show grounds to continue this appeal, and we notified him that the appeal was subject to dismissal. Appellant's counsel has responded with a motion to voluntarily dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Appellant's motion states that he "no longer desires to pursue an appeal." The motion is signed by Appellant and Appellant's counsel in compliance with Rule 42.2(a). *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.[1]

W. STACY TROTTER

JUSTICE

October 23, 2025

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that, given the trial court's certification, Appellant does not have the right to file a direct appeal from this conviction. *See* CRIM. PROC. art. 44.02; TEX. R. APP. P. 25.2(a)(2), (d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).